UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT CR-09-376 ADM/JSM |
| | ) | |
| Plaintiff, | ) | (18 U.S.C. § 371) |
| | ) | (18 U.S.C. § 554) |
| v. | ) | (18 U.S.C. § 922(a)(1)(A)) |
| | ) | (18 U.S.C. § 922(a)(6)) |
| PAUL GIOVANNI DE LA ROSA, | ) | (18 U.S.C. § 924(b)) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy)

1. Beginning in 2007 and continuing to on or about November 16, 2009, in the State and District of Minnesota and elsewhere, the defendant,

**PAUL GIOVANNI DE LA ROSA**,

did knowingly, willfully, and unlawfully conspire and agree with persons known and unknown to the Grand Jury, to commit the following acts and offenses against the United States:

   a.  to knowingly make false and fictitious written statements and representations to a federally licensed firearms dealer, intended to deceive such dealer with respect to a fact material to the lawfulness of the sale and acquisition of the firearms, in that defendant falsely represented that he was the actual buyer of the firearms when, in fact, he acquired the firearms on behalf of another person, all in violation of Title 18, United States Code, Section 922(a)(6);



FILED  **DEC 1 6 2009**
RICHARD D. SLETTEN
JUDGMENT ENTD _____
DEPUTY CLERK _____

SCANNED
DEC 2 1 2009
U.S. DISTRICT COURT ST. PAUL

 b. to unlawfully engage in the business of dealing in firearms and in the course of such business to ship, transport and receive firearms in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(a)(1)(A);

 c. to ship, transport, and receive a firearm and any ammunition in interstate and foreign commerce with intent to commit therewith an offense punishable by imprisonment for a term exceeding one year, all in violation of Title 18, United States Code, Section 924(b); and

 d. to fraudulently and knowingly export and send and attempt to export and send from the United States certain merchandise, articles and objects, that is firearms and ammunition, contrary to law and regulation of the United States; all in violation of Title 18, United States Code, Section 554.

### Object of the Conspiracy

2. In general, the object of the conspiracy was to exchange money for firearms and ammunition that were acquired in the United States and smuggled into Mexico for resale to persons known and unknown.

## Manner and Means

3.   The manner and means by which the object of the conspiracy was accomplished included, but was not limited to, the following:

4.   Defendant received electronic money transfers at the direction of co-conspirator (Co-Conspirator A) for the purchase of firearms.

5.   The defendant obtained firearms from Federally Licensed Firearms Dealers (FFLs) in the State and District of Minnesota. The purpose of obtaining these firearms was to transfer them to Co-Conspirator A, who resides in the country of Mexico, in exchange for payment.

6.   The defendant transported firearms and ammunition from the State and District of Minnesota in interstate commerce to the United States/Mexico border in Texas.  The defendant smuggled the firearms and ammunition across the border into Mexico via a passenger vehicle.

7.   In Mexico, defendant transferred firearms and ammunition to Co-Conspirator A.

## Overt Acts

8.   In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the State and District of Minnesota and elsewhere:

9. The defendant purchased over 100 firearms, including the following firearms:

| Date of Purchase | Manufacturer | Model | Serial Number | Type | Caliber |
|---|---|---|---|---|---|
| 11/14/2009 | BERETTA | CHEETAH | 843228Y | PISTOL | 380 |
| 11/14/2009 | ROCK RIVER ARMS | 57 | CM198305 | RIFLE | 57 |
| 11/14/2009 | SIGSAUER | P238 | DA003468 | PISTOL | 380 |
| 11/12/2009 | F. N. (FN HERSTAL) | PS90 | FN061750 | RIFLE | 57 |
| 11/12/2009 | F. N. (FN HERSTAL) | PS90 | FN061749 | RIFLE | 57 |
| 11/12/2009 | F.N. (FN HERSTAL) | 57 | 386185294 | PISTOL | 57 |
| 11/12/2009 | F.N. (FN HERSTAL) | 57 | 386185368 | PISTOL | 57 |
| 10/29/2009 | F. N. (FN HERSTAL) | PS90 | FN061801 | RIFLE | 57 |
| 10/29/2009 | F. N. (FN HERSTAL) | PS90 | FN061803 | RIFLE | 57 |
| 10/29/2009 | F.N. (FN HERSTAL) | 57 | 386185293 | PISTOL | 57 |
| 10/29/2009 | F.N. (FN HERSTAL) | 57 | 386185292 | PISTOL | 57 |
| 10/29/2009 | RUGER | LCP | 372-58078 | PISTOL | 380 |
| 10/29/2009 | RUGER | LCP | 372-58194 | PISTOL | 380 |
| 10/29/2009 | RUGER | LCP | 372-57790 | PISTOL | 380 |
| 10/14/2009 | F.N. (FN HERSTAL) | 57 | 386192868 | PISTOL | 57 |
| 10/13/2009 | F.N. (FN HERSTAL) | 57 | 386186238 | PISTOL | 57 |
| 10/13/2009 | F.N. (FN HERSTAL) | 57 | 386181810 | PISTOL | 57 |
| 10/13/2009 | RUGER | LCP | 372-55749 | PISTOL | 380 |
| 10/13/2009 | RUGER | LCP | 372-55711 | PISTOL | 380 |
| 10/13/2009 | RUGER | LCP | 372-55814 | PISTOL | 380 |
| 10/13/2009 | F. N. (FN HERSTAL) | PS90 | FN066307 | RIFLE | 57 |
| 10/13/2009 | F. N. (FN HERSTAL) | PS90 | FN065836 | RIFLE | 57 |
| 10/13/2009 | F. N. (FN HERSTAL) | PS90 | FN067639 | RIFLE | 57 |
| 10/13/2009 | F. N. (FN HERSTAL) | PS90 | FN066402 | RIFLE | 57 |
| 10/13/2009 | F.N. (FN HERSTAL) | 57 | 386187221 | PISTOL | 57 |
| 10/13/2009 | RUGER | LCP | 372-21643 | PISTOL | 380 |
| 9/29/2009 | RUGER | LCP | 372-05692 | PISTOL | 380 |
| 9/29/2009 | F.N. (FN HERSTAL) | 57 | 386186239 | PISTOL | 57 |
| 9/26/2009 | F. N. (FN HERSTAL) | PS90 | FN061747 | RIFLE | 57 |
| 9/26/2009 | F. N. (FN HERSTAL) | PS90 | FN061450 | RIFLE | 57 |
| 9/26/2009 | F. N. (FN HERSTAL) | PS90 | FN066118 | RIFLE | 57 |
| 9/26/2009 | BERETTA | PX4 STORM | PX18912 | PISTOL | 9 |
| 9/26/2009 | BERETTA | PX4 STORM | PX19130 | PISTOL | 9 |
| 9/26/2009 | RUGER | LCP | 372-21568 | PISTOL | 380 |
| 9/26/2009 | RUGER | LCP | 372-34965 | PISTOL | 380 |
| 9/26/2009 | RUGER | LCP | 372-34849 | PISTOL | 380 |
| 9/26/2009 | F.N. (FN HERSTAL) | 57 | 386187228 | PISTOL | 57 |
| 9/26/2009 | F.N. (FN HERSTAL) | 57 | 386185295 | PISTOL | 57 |
| 9/1/2009 | RUGER | LCP | 371-85444 | PISTOL | 380 |
| 9/1/2009 | F.N. (FN HERSTAL) | 57 | 386192784 | PISTOL | 57 |
| 8/30/2009 | F.N. (FN HERSTAL) | 57 | 386186437 | PISTOL | 57 |
| 8/29/2009 | F.N. (FN HERSTAL) | PS90 | FN061449 | RIFLE | 57 |
| 8/29/2009 | RUGER | LCP | 371-85129 | PISTOL | 380 |
| 8/29/2009 | F.N. (FN HERSTAL) | PS90 | FN060053 | RIFLE | 57 |
| 8/29/2009 | F.N. (FN HERSTAL) | 57 | 386187610 | PISTOL | 57 |
| 7/7/2009 | F.N. (FN HERSTAL) | PS90 | FN061326 | RIFLE | 57 |
| 7/7/2009 | F.N. (FN HERSTAL) | 57 | 386180915 | PISTOL | 57 |
| 7/7/2009 | RUGER | LCP | 371-91202 | PISTOL | 380 |
| 7/7/2009 | NORTH AMERICAN ARMS | NAA22 | L106857 | REVOLVER | 22 |

| Date of Purchase | Manufacturer | Model | Serial Number | Type | Caliber |
|---|---|---|---|---|---|
| 7/7/2009 | NORTH AMERICAN ARMS | NAA22 | E178943 | REVOLVER | 22 |
| 7/7/2009 | BERETTA | PX4 STORM | PX86259 | PISTOL | 9 |
| 7/7/2009 | BERETTA | PX4 STORM | PZ04361 | PISTOL | 9 |
| 6/9/2009 | F.N. (FN HERSTAL) | 57 | 386181963 | PISTOL | 57 |
| 6/2/2009 | F.N. (FN HERSTAL) | 57 | 386181808 | PISTOL | 57 |
| 6/2/2009 | BERETTA | CHEETAH | H3972Y | PISTOL | 57 |
| 5/20/2009 | F.N. (FN HERSTAL) | 57 | 386181942 | PISTOL | 57 |
| 5/20/2009 | F.N. (FN HERSTAL) | 57 | 38618137 | PISTOL | 57 |
| 4/30/2009 | F.N. (FN HERSTAL) | 57 | 3861821575 | PISTOL | 57 |
| 4/23/2009 | NORTH AMERICAN ARMS | NAA22 | S2501 | REVOLVER | 22 |
| 4/23/2009 | F.N. (FN HERSTAL) | 57 | 386180765 | PISTOL | 57 |
| 4/23/2009 | F.N. (FN HERSTAL) | 57 | 386180251 | PISTOL | 57 |
| 4/1/2009 | NORTH AMERICAN ARMS | GUARDIAN | BD02161 | PISTOL | 380 |
| 3/31/2009 | Bersa | Tomcat 3032 | DAA457579 | PISTOL | 32 |
| 3/27/2009 | F.N. (FN HERSTAL) | 57 | 386180946 | PISTOL | 57 |
| 3/27/2009 | F.N. (FN HERSTAL) | 57 | 386178163 | PISTOL | 57 |
| 3/18/2009 | F.N. (FN HERSTAL) | 57 | 386183325 | PISTOL | 57 |
| 3/18/2009 | F.N. (FN HERSTAL) | 57 | 386177452 | PISTOL | 57 |
| 3/18/2009 | HS Products | XD45 | US749598 | PISTOL | 45 |
| 3/18/2009 | HS Products | XD45 | US713664 | PISTOL | 45 |
| 2/19/2009 | F.N. (FN HERSTAL) | 57 | 386177460 | Pistol | 57 |
| 2/19/2009 | RUGER | LCP | 371-21713 | Pistol | 380 |
| 2/18/2009 | NORTH AMERICAN ARMS | NAA22 | E163038 | DERRINGER | 22 |
| 2/18/2009 | NORTH AMERICAN ARMS | NAA22 | E169258 | DERRINGER | 22 |
| 2/12/2009 | F.N. (FN HERSTAL) | 57 | 386178828 | PISTOL | 57 |
| 2/12/2009 | F.N. (FN HERSTAL) | 57 | 386175786 | PISTOL | 57 |
| 12/19/2008 | F.N. (FN HERSTAL) | 57 | 386176227 | PISTOL | 57 |
| 12/18/2008 | BERSA | THUNDER 380 | 937964 | PISTOL | 380 |
| 12/18/2008 | BERETTA | MODEL 3032 | DAA450912 | PISTOL | 32 |
| 12/18/2008 | NORTH AMERICAN ARMS | NAA22 | L098296 | REVOLVER | 22 |
| 12/17/2008 | F.N. (FN HERSTAL) | 57 | 386138333 | PISTOL | 57 |
| 12/17/2008 | F.N. (FN HERSTAL) | 57 | 386138243 | PISTOL | 57 |
| 11/26/2008 | BROWNING | BDA380 | 425MY00736 | PISTOL | 380 |
| 11/26/2008 | F.N. (FN HERSTAL) | 57 | 386147265 | PISTOL | 57 |
| 10/28/2008 | F.N. (FN HERSTAL) | 57 | 386175045 | PISTOL | 57 |
| 10/28/2008 | F.N. (FN HERSTAL) | 57 | 386175050 | PISTOL | 57 |
| 9/30/2008 | F.N. (FN HERSTAL) | 57 | 386143135 | PISTOL | 57 |
| 9/30/2008 | F.N. (FN HERSTAL) | 57 | 386154675 | PISTOL | 57 |
| 8/15/2008 | BROWNING | BDA380 | 425MY01048 | PISTOL | 380 |
| 8/15/2008 | NORTH AMERICAN ARMS | NAA22 | E141883 | REVOLVER | 22 |
| 8/15/2008 | COBRA ENTERPRISES, INC. | C22 | 33124 | DERRINGER | 22 |
| 8/14/2008 | F.N. (FN HERSTAL | 57 | 386138613 | PISTOL | 57 |
| 8/14/2008 | BERETTA, PIETRO S.P.A | 900S | SZ019031 | PISTOL | 9 |
| 7/18/2008 | F.N. (FN HERSTAL) | 57 | 386152313 | PISTOL | 57 |
| 7/18/2008 | CZ (CESKA ZBROJOVKA) | CZ2075 RAMI | A457285 | PISTOL | 9 |
| 7/18/2008 | SIG (SWISS INDUSTRIAL GROUP) | P232 | S279401 | PISTOL | 380 |
| 7/18/2008 | NORTH AMERICAN ARMS | NAA22 | L090987 | REVOLVER | 22 |
| 4/17/2008 | F.N. (FN HERSTAL) | 57 | 386146841 | PISTOL | 57 |
| 4/17/2008 | F.N. (FN HERSTAL) | 57 | 386149077 | PISTOL | 57 |
| 4/17/2008 | BROWNING | BDA380 | 425MY00537 | PISTOL | 380 |

| Date of Purchase | Manufacturer | Model | Serial Number | Type | Caliber |
|---|---|---|---|---|---|
| 2/7/2008 | F.N. (FN HERSTAL) | 57 | 386150644 | PISTOL | 57 |
| 2/7/2008 | BERETTA, PIETRO S.P.A | 9000S | SN022725 | PISTOL | 40 |
| 2/7/2008 | BERSA | THUNDER 380 | 836486 | PISTOL | 380 |
| 12/20/2007 | BERETTA, USA CORP | MODEL 3032 | DAA429846 | PISTOL | 32 |
| 12/20/2007 | BERETTA, PIETRO S.P.A | 9000F | SZ018571 | PISTOL | 9 |
| 12/9/2007 | F.N. (FN HERSTAL) | 57 | 386146722 | PISTOL | 57 |
| 12/9/2007 | BERETTA, PIETRO S.P.A | 9000S | SZ019014 | PISTOL | 9 |
| 12/9/2007 | TAURUS | PT111 MILLENIUM PRO | TAM96072 | PISTOL | 9 |
| 11/5/2007 | BERETTA USA CORP | MODEL 3032 | DAA411019 | PISTOL | 32 |
| 11/5/2007 | RUGER | P89 | 315-92336 | PISTOL | 9 |
| 11/5/2007 | SMITH & WESSON | SIGMA | PDY1182 | PISTOL | 9 |
| 10/22/2007 | BERSA | THUNDER 380 | 836453 | PISTOL | 380 |
| 10/22/2007 | BERSA | THUNDER 380 | 841382 | PISTOL | 380 |
| 9/26/2007 | GLOCK GMBH | MODEL 19 | LGC542 | PISTOL | 9 |
| 9/21/2007 | BERETTA USA CORP | 92 | BER462600 | PISTOL | 9 |
| 9/21/2007 | SMITH & WESSON | 41 | UBT4629 | PISTOL | 22 |
| 7/24/2007 | GLOCK GMBH | MODEL 19 | KWY824 | PISTOL | 9 |
| 7/24/2007 | KELTEC, CNC INDUSTRIES, INC. | P32 | CBB97 | PISTOL | 32 |
| 6/6/2007 | BERETTA, PIETRO S.P.A | 90TWO | TX00814 | PISTOL | 9 |
| 6/6/2007 | GLOCK GMBH | MODEL 23 | KZW804 | PISTOL | 40 |

10. In connection with defendant's acquisition of these firearms, defendant knowingly made false and fictitious statements and representations on ATF Form 4473 to federally licensed firearms dealers intended to deceive such dealers with respect to a fact material to the lawfulness of the sale and acquisition of the firearms, in that defendant falsely represented that he was the actual buyer of the firearms when, in fact, he acquired the firearms on behalf of another person.

11. The defendant crossed the United States/Mexico border approximately 20 times in connection with smuggling or attempting to smuggle firearms and ammunition into Mexico during the time

period beginning on or about January, 2007 until November, 2009, including but not limited to the following dates: June 1, 2007, April 5, 2007, April 17, 2007, November 21, 2007, December 12, 2007, January 7, 2008, April 3, 2008, September 8, 2008, October 8, 2008, January 5, 2009, April 13, 2009, May 13, 2009, June 30, 2009, August 27, 2009, September 21, 2009, October 8, 2009, October 19, 2009, and November 19, 2009.

12. The defendant received approximately $70,000 via electronic currency transfers into accounts held by the defendant for the purpose of acquiring firearms to be illegally smuggled into Mexico and transferred to persons known and unknown, including the following but not limited to wire transfers on or about the following dates: $6,000 (January 22, 2007), $20,000 (March 15, 2007), $7,000 (November 5, 2008), $7,000 (December 15, 2008), $1,000 (January 28, 2009), $3,500 (February 23, 2009), $3,500 (February 24, 2009), $3,500 (March 4, 2009), $11,500 (March 23, 2009), and $2,492 (July 10, 2009).

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

(False Statements on Firearm Application)

On or about November 11, 2009, in the State and District of Minnesota, the defendant,

**PAUL GIOVANNI DE LA ROSA,**

in connection with his acquisition of two firearms, namely,

7

| Model | Caliber | Serial Number |
|---|---|---|
| Beretta | .380 caliber | 843228Y |
| Sig Sauer | .380 caliber | DA 003468 |

from Hart Brothers in Albert Lea, Minnesota, a federally licensed firearms dealer, knowingly made false and fictitious written statements and representations on ATF Form 4473 intended to deceive such dealer with respect to a fact material to the lawfulness of the sale and acquisition of the firearms, in that defendant falsely represented that he was the actual buyer of the firearms when, in fact, he acquired the firearms on behalf of another person, all in violation of Title 18, United States Code, Section 922(a)(6).

### COUNT 3
(Money Laundering)

On or about December 15, 2008, in the State and District of Minnesota and elsewhere, the defendant,

**PAUL GIOVANNI DE LA ROSA,**

did transport, transmit, transfer and attempt to transport, transmit and transfer a monetary instrument and funds, that is a wire transfer in the amount of $7,000.00, to a place in the United States, that is Minnesota, from and through a place outside the United States, that is Mexico, with the intent to promote the carrying on of a specified unlawful activity, that is smuggling goods from the United States in violation of 18 United States Code Section 554; all in violation of Title 18, United States Code, Sections 1956 and 1956(a)(2)(A).

## COUNT 4
(Money Laundering)

On or about March 23, 2009, in the State and District of Minnesota and elsewhere, the defendant,

**PAUL GIOVANNI DE LA ROSA,**

did transport, transmit, transfer and attempt to transport, transmit and transfer a monetary instrument and funds, that is a wire transfer in the amount of $11,500.00, to a place in the United States, that is Minnesota, from and through a place outside the United States, that is Mexico, with the intent to promote the carrying on of a specified unlawful activity, that is smuggling goods from the United States in violation of 18 United States Code Section 554; all in violation of Title 18, United States Code, Sections 1956 and 1956(a)(2)(A).

## COUNT 5
(Money Laundering)

On or about July 10, 2009, in the State and District of Minnesota and elsewhere, the defendant,

**PAUL GIOVANNI DE LA ROSA,**

did transport, transmit, transfer and attempt to transport, transmit and transfer a monetary instrument and funds, that is a wire transfer in the amount of $2,492.00, to a place in the United States, that is Minnesota, from and through a place outside the United States, that is Mexico, with the intent to promote the carrying on of a specified unlawful activity, that is smuggling goods from the United States in violation of 18 United States Code

Section 554; all in violation of Title 18, United States Code, Sections 1956 and 1956(a)(2)(A).

## COUNT 6
(Smuggling Goods from the United States)

On or about November 16, 2009, in the State and District of Minnesota and elsewhere, the defendant,

**PAUL GIOVANNI DE LA ROSA,**

fraudulently and knowingly did export and send and attempt to export and send from the United States certain merchandise, articles and objects, that is 14 firearms and approximately 200 rounds of ammunition, contrary to law and regulation of the United States, that is Title 18, United States Code, Sections 554, 922(a)(1)(A), 922(a)(6), 924(b), and Title 22, United States Code, Section 2778; all in violation of Title 18, United States Code, Section 554.

A TRUE BILL

UNITED STATES ATTORNEY          FOREPERSON